## WALLIE POE *v.* COMMISSIONER OF CORRECTION
### (AC 15741)

Landau, Schaller and Hennessy, Js.

Argued June 5—officially released July 8, 1997

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* RAYMOND TRAMONT
### (AC 15319)

Landau, Schaller and Hennessy, Js.

Argued June 5—officially released July 8, 1997

Per Curiam. The judgment is affirmed.

## WALLIE POE *v.* COMMISSIONER OF CORRECTION
### (AC 15948)

Landau, Schaller and Hennessy, Js.

Argued June 5—officially released July 8, 1997

Per Curiam. The judgment is affirmed.